1064

[No. 64478-5-I. Division One. September 20, 2010.]

REBECCA FENSKE, *Appellant*, v. STEVE TEGMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-39918-6, Charles W. Mertel, J., entered October 19, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Spearman, JJ.

[No. 64506-4-I. Division One. September 20, 2010.]

PAMELA BIRIMISA, *Appellant*, v. PILATES CENTER OF REDMOND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-37547-3, Mary Yu, J., entered November 3, 2009. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Cox and Schindler, JJ.

[No. 64518-8-I. Division One. September 20, 2010.]

ALASKA DISTRIBUTORS COMPANY, *Respondent*, v. ALASKAN BREWING COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-38057-1, D. Bruce Gardiner, J. Pro Tem., entered October 28, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64579-0-I. Division One. September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. T.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-02545-4, LeRoy McCullough, J., entered December 8, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Schindler, JJ.